IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02071-AP

JAMES E. RUTLEDGE III,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
>
> Katherine E. McClure
> Sawaya, Rose & Kaplan, P.C.
> 1600 Ogden Street
> Denver, CO 80218
> 303.551.7701
> 303.862.4226 (fax)
> kmcclure@sawayalaw.com
>
> For Defendant:
>
> Sandra Krider
> Special Assistant United States Attorney
> Assistant Regional Counsel
> Office of the General Counsel
> Social Security Administration
> 1961 Stout Street, Suite 1001-A
> Denver, CO 80294
> 303.844.0015
> 303.844.0770 (fax)
> sandra.krider@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

     **A.     Date Complaint Was Filed:** August 31, 2009

     **B.     Date Complaint was Served on U.S. Attorney's Office**: September 3, 2009

     **C.     Date Answer and Administrative Record Were Filed:** November 2, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     PROPOSED BRIEFING SCHEDULE**

     **A.     Plaintiff's Opening Brief**: December 29, 2009

     **B.     Response Brief due:** January 28, 2010

     **C.     Reply Brief due:** February 12, 2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     **A.     Plaintiff's Statement:** The Plaintiff does not request oral argument.

     **B.     Defendant's Statement:**  The Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.     ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 3rd day of December, 2009

                                BY THE COURT:

                                *s/John L. Kane*  
                                U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>United States Attorney |
| /s Katherine E. McClure<br>Katherine E. McClure<br>Sawaya, Rose & Kaplan, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>303.551.7701<br>303.862.4226 (fax)<br>kmcclure@sawayalaw.com | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>/s Sandra T.Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A |
| Attorney for Plaintiff | Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |

4